## Pestcoe *v.* Philadelphia School District, Appellant.

Submitted September 9, 1968. *Jerome A. Zaleski*, Assistant Counsel, for appellant; *Joseph Stratos, Jr.* and *Charles F. Quinn*, for appellee.

Order affirmed.